# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Lexington Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Penny Nicole Fryman<br><br>aka/dba: Nickie Fryman<br><br><br>Debtor(s) | Case Number: 16–51397–grs<br><br>Chapter: 13 |

## ORDER TO FILE/AMEND

A petition was filed in the above−referenced case on 7/18/16. Pursuant to United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local Bankruptcy Rules for the Eastern District of Kentucky, please be advised that the following identified documents must be filed with the court within 14 days of the petition date.

Failure to comply with this order may result in the dismissal of this case, or the withholding of the discharge of the debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this order.

Missing document(s) or a portion thereof:

Schedules I and J with Declaration, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs with Declaration, Attorney Fee Disclosure and Statement of Current Monthly Income

DATED: 7/21/16

By the court −

 /s/ Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge